

_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### Greenbelt Division

| | | |
|---|---|---|
| In re: | * | |
| ASHLEY SIMIRA MASON, | * | Case No.   12-20380-PM |
| Debtor | * | Chapter   7 |
| | * | |
| | * | |

### MEMORANDUM TO DEBTOR

Debtor is advised that in order for her case to proceed, she must file an amended petition on which she checks the appropriate box, found on Page 1 under "Nature of Debts," indicating whether her debts are primarily consumer debts or primarily business debts. Failure to file an amended petition with this information within 14 (fourteen) days from the date of this Memorandum may result in dismissal of this case without further notice or any hearing.

cc:   Debtor
      Chapter 7 Trustee

### End of Memorandum